IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kenneth Lee Williams, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Carolyn W. Colvin, )<br>Acting Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:12-cv-01821-MGL |

**ORDER**

Upon stipulation by the parties, it is hereby

ORDERED that Plaintiff Kenneth Lee Williams is awarded $4,250.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Mr. Williams is also awarded $16.00 in expenses and $7.00 in costs.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

Kenneth Lee Williams
c/o W. Daniel Mayes, Esquire
210 Colony Parkway, SE (29803)
Post Office Drawer 2650
Aiken, South Carolina 29802-2650

                                                                                                s/Mary G. Lewis
                                                                                                _____
                                                                                                Mary Geiger Lewis
                                                                                                United States Judge

September 29, 2014

Spartanburg, South Carolina