### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| KENNETH LEE WILLIAMS, | ) | C/A No. 3:12-01821-MGL |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

On October 22, 2015, counsel for the Plaintiff, W. Daniel Mayes, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $21,952.00, which amounts to less than twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $21,952.00. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $4,250.00 previously awarded under the Equal Access to Justice Act.

IT IS ORDERED that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), be granted in the amount of $21,952.00.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Dated: October 28, 2015
Columbia, South Carolina